# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOANNE G. HARTLINE, JOAN B. KUMMERER, HELEN MARIE MOYER, REGINA HILT, NADINE K. LYDIC, CAROL L. CULP, CAROL S. KLINE, JEANNETTE A. RAUTZHAN, DAVID G. SLIDER, DOREEN Y. CECHAK, KAREN A. KATRINAK, KATHRYN A. KIRK, JANE A. PRUTZMAN, RICHARD A. SACHS, BRENDA G. MARION, RONALD D. BUTT, SUSAN C. ONDO, CYNTHIA CASE WAMPLER, MARGARET M. SCHELLINGER, PAULA T. FENERTY, PATRICIA M. THOMPSON, SUSAN VISHIO FORRY, TERRY WALSH, PAMELA FERRARO, SUSAN M. FIX, CYNTHIA R. WERSTLER, ROXANNE FOX, GLEN A. BRUMBACH, | No. 138 MAL 2015 |
| Petitioners | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| PUBLIC SCHOOL EMPLOYEES' RETIREMENT BOARD, | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.